# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 8, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139546

IN THE MATTER OF

HONORABLE BENJAMIN LOGAN
JUDGE, 61st DISTRICT COURT

BEFORE THE JUDICIAL TENURE COMMISSION

_____

On order of the Court, the request by the Judicial Tenure Commission for appointment of a master is considered and Honorable Vesta Svenson is appointed Master to hear Formal Complaint No.85.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 8, 2009

Clerk